DEVERIE J. CHRISTENSEN (State Bar No. 6596)
Deverie.Christensen@jacksonlewis.com
PHILLIP C. THOMPSON (State Bar No. 12114)
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel:   (702) 921-2460
Fax:   (702) 921-2461

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; POLITICAL ACTION TOGETHER-POLITICAL COMMITTEE FUND; STAR PROGRAM, INC.; SOUTHERN NEVADA PDCA/FCA INDUSTRY PROMOTION FUND, <br><br>                        Plaintiffs, <br> vs. <br><br> PRO INSTALLATIONS, INC., a California corporation d/b/a ProSpectra Contract Flooring; DIVERZIFY+ LLC, a Delaware limited liability company; DIVERZIFY PRO, LLC, a Delaware limited liability company; MATTHEW ABOUMRAD, an individual; ANDREW GEORGE KLEVORN, an individual; STEVEN CHARLES LANDRETH, an individual; BERKLEY INSURANCE COMPANY, a Delaware corporation; SHAW | CASE NO.  2:25-cv-02151-JCM-~~EJY~~ DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> **(FIRST REQUEST)** |

INDUSTRIES GROUP, INC., a Georgia corporation; DOES I-X and ROES I-X,

Defendants.

IT IS HEREBY STIPULATED by and between Plaintiffs, Board of Trustees of the Employee Painters' Trust, Board of Trustees of the District Council 16 Northern California Journeyman and Apprentice Training Trust Fund, Board of Trustees of the Southern Nevada Painters and Decorators and Glaziers Labor-Management Cooperation Committee Trust, Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund, Board of Trustees of the International Painters and Allied Trades Industry Pension Fund, Board of Trustees of the Painters and Allied Trades Labor Management Cooperation Initiative, Board of Trustees of the Finishing Trades Institute, Political Action Together-Political Committee Fund, Star Program, Inc., and Southern Nevada PFCA/FCA Industry Promotion Fund (collectively, "Plaintiffs"), and Defendants, Pro Installations, Inc. d/b/a ProSpectra Contract Flooring, Diverzify+ LLC, Diverzify Pro, LLC, Matthew Aboumrad, Andrew George Klevorn, Steven Charles Landreth, Berkley Insurance Company, and Shaw Industries Group, Inc. (collectively, "Defendants"), by and through their respective counsel, that Defendants shall have an extension up to and including January 2, 2025, in which to file their response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.  Defendant Steven Charles Landreth was served with the Summons (ECF No. 4) and Complaint (ECF No. 1) on November 9, 2025, making his response to Plaintiffs' Complaint due on December 1, 2025. *See* ECF No. 6. Defendants Pro Installations, Inc., Diverzify+ LLC, Diverzify Pro, LLC, and Berkely Insurance Company were served on November 10, 2025, making their responses due on December 1, 2025. *See* ECF Nos. 7-10, respectively. Defendant Shaw Industries Group, Inc. was served on November 14, 2025, making its response due on December 5, 2025. *See* ECF No. 5. Defendant Matthew Aboumrad was served on November 25, 2025, making his response due on December 16, 2025. *See* ECF No. 11. Counsel for Defendant Andrew George Klevorn accepted service of process on his behalf on December 5, 2025, making his response due on December 26, 2025. *See* ECF No. 12.

2. Multiple Defendants and/or employees or officers of the various Defendants, as well as other persons with information and knowledge required to respond to Plaintiffs' allegations, have had limited availability and are anticipated to have continued limited availability due to holidays beginning in November through January 1.

3. Moreover, due to the number of Parties to the action, in addition to the various relationships and agreements among the various Defendants, several of the Defendants required additional time to retain counsel.

4. Accordingly, Defendants' counsel was recently retained and is still in the process of investigating Plaintiffs' allegations.

5. The Parties have agreed to extend the deadline for Defendants to file their response(s) to Plaintiffs' Complaint to January 2, 2025, to allow Defendants sufficient time to address the allegations within the Complaint.

6. This is the first Stipulation to extend the time for Defendants to respond to Plaintiffs' Complaint.

7. The Parties believe these circumstances constitute good cause and excusable neglect supporting an extension. *See* Fed. R. Civ. P. 6(b).

8. This Stipulation is made in good faith and not for the purpose of delay.

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 5th day of December, 2025.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN, CHTD. | JACKSON LEWIS P.C. |
| */s/ Kevin B. Archibald* <br> Wesley J. Smith, Bar #11871 <br> Kevin B. Archibald, Bar#13817 <br> Dylan J. Lawter, Bar# 15947 <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br><br> *Attorneys for Plaintiffs* | */s/ Phillip C. Thompson* <br> Deverie J. Christensen, Bar #6596 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 <br><br> Phillip C. Thompson, Bar #12114 <br> 7101 College Blvd, Ste 1200 <br> Overland Park, KS 66210 <br><br> *Attorneys for Defendant* |

-3-

## **ORDER**

**IT IS SO ORDERED** that the parties' stipulation (ECF No. 13) is GRANTED. Defendants shall have until **January 2, 2026** to file a response to Plaintiffs' complaint.

DATED: 12/8/2025

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE