DEVERIE J. CHRISTENSEN (State Bar No. 6596)
deverie.christensen@jacksonlewis.com
PHILLIP C. THOMPSON (State Bar No. 12114)
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel:     (702) 921-2460
Fax:     (702) 921-2461

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; POLITICAL ACTION TOGETHER-POLITICAL COMMITTEE FUND; STAR PROGRAM, INC.; SOUTHERN NEVADA PDCA/FCA INDUSTRY PROMOTION FUND,

                    Plaintiffs,

vs.

PRO INSTALLATIONS, INC., a California corporation d/b/a ProSpectra Contract Flooring; DIVERZIFY+ LLC, a Delaware limited liability company; DIVERZIFY PRO, LLC, a Delaware limited liability company; MATTHEW ABOUMRAD, an individual; ANDREW GEORGE KLEVORN, an individual; STEVEN CHARLES LANDRETH, an individual; BERKLEY INSURANCE

CASE NO.  2:25-cv-02151-JCM-DJA

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

**(THIRD REQUEST)**

COMPANY, a Delaware corporation; SHAW INDUSTRIES GROUP, INC., a Georgia corporation; DOES I-X and ROES I-X ,

Defendants.

IT IS HEREBY STIPULATED by and between Plaintiffs, Board of Trustees of the Employee Painters' Trust, Board of Trustees of the District Council 16 Northern California Journeyman and Apprentice Training Trust Fund, Board of Trustees of the Southern Nevada Painters and Decorators and Glaziers Labor-Management Cooperation Committee Trust, Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund, Board of Trustees of the International Painters and Allied Trades Industry Pension Fund, Board of Trustees of the Painters and Allied Trades Labor Management Cooperation Initiative, Board of Trustees of the Finishing Trades Institute, Political Action Together-Political Committee Fund, Star Program, Inc., and Southern Nevada PFCA/FCA Industry Promotion Fund (collectively, "Plaintiffs"), and Defendants, Pro Installations, Inc. d/b/a ProSpectra Contract Flooring, Diverzify+ LLC, Diverzify Pro, LLC, Matthew Aboumrad, Andrew George Klevorn, Steven Charles Landreth, Berkley Insurance Company, and Shaw Industries Group, Inc. (collectively, "Defendants"), by and through their respective counsel, that Defendants shall have an extension up to and including February 16, 2026, in which to file their response to Plaintiffs' Complaint. This Stipulation and Order to Extend Deadline for Defendants to Respond to Plaintiffs' Complaint (Third Request) (this "Stipulation") is submitted and based upon the following:

1.      Defendant Steven Charles Landreth was served with the Summons (ECF No. 4) and Complaint (ECF No. 1) on November 9, 2025, making his response to Plaintiffs' Complaint due on December 1, 2025. *See* ECF No. 6. Defendants Pro Installations, Inc., Diverzify+ LLC, Diverzify Pro, LLC, and Berkely Insurance Company were served on November 10, 2025, making their responses due on December 1, 2025. *See* ECF Nos. 7-10, respectively. Defendant Shaw Industries Group, Inc. was served on November 14, 2025, making its response due on December 5, 2025. *See* ECF No. 5. Defendant Matthew Aboumrad was served on November 25, 2025, making his response due on December 16, 2025. *See* ECF No. 11. Counsel for Defendant Andrew George

Klevorn accepted service of process on his behalf on December 5, 2025, making his response due on December 26, 2025. *See* ECF No. 12.

2.      On December 5, 2025, the Parties filed a Stipulation to Extend the Deadline for Defendants to Respond to Plaintiffs' Complaint (First Request) to January 2, 2025 ("First Stipulation"). *See* ECF No. 13.

3.      The Court granted the First Stipulation on December 8, 2025, setting the deadline for all Defendants to respond to Plaintiffs' Complaint for January 2, 2026.  *See* ECF No. 16.

4.      On December 31, 2025, the Parties filed a Stipulation to Extend the Deadline for Defendants to Respond to Plaintiffs' Complaint (Second Request) to February 2, 2026 ("Second Stipulation"). *See* ECF No. 17.

5.      The Court granted the Second Stipulation on January 6, 2026, setting the deadline for all Defendants to respond to Plaintiffs' Complaint for February 2, 2026.  *See* ECF No. 18.

6.      The Parties have engaged in preliminary discussions regarding information and documents which may impact the nature or scope of the claims, defenses, and/or the Parties to the case.

7.      Additionally, an audit of records and information which may also impact the nature or scope of the claims, defenses, and/or the Parties to the case is ongoing.

8.      To promote judicial efficiency and reduce costs and burden to the Parties, the Parties seek to complete their ongoing initial discussions, as well as their exchange and review of documents and information, prior to Defendants' filing a responsive pleading and the commencement of discovery.

9.      The Parties anticipate that they will need approximately 14 additional days to complete this process.

10.      Accordingly, the Parties have agreed to extend the deadline for Defendants to file their response(s) to Plaintiffs' Complaint to February 16, 2025.

11.      This Stipulation is the third request to extend the time for Defendants to respond to Plaintiffs' Complaint.

12. The Parties believe these circumstances constitute good cause supporting an extension. *See* Fed. R. Civ. P. 6(b).

13. This Stipulation is made in good faith and not for the purpose of delay.

14. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 2nd day of February, 2026.

CHRISTENSEN JAMES & MARTIN, CHTD.

*/s/ Kevin B. Archibald*
Wesley J. Smith, Bar #11871
Kevin B. Archibald, Bar#13817
Dylan J. Lawter, Bar# 15947
7440 W. Sahara Avenue
Las Vegas, Nevada 89117

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

*/s/ Phillip C. Thompson*
Deverie J. Christensen, Bar #6596
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

Phillip C. Thompson, Bar #12114
7101 College Blvd, Ste 1200
Overland Park, KS 66210

*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED** that the Parties' Stipulation to Extend Deadline for Defendants to Respond to Plaintiffs' Complaint (Third Request) (ECF No. 17) is GRANTED. Defendants shall have until **February 16, 2026**, in which to file a response to Plaintiffs' Complaint.

DATED:   2/3/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-4-