**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*** * * * ***

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PRO INSTALLATIONS, INC., et al.,<br><br>Defendants. | CASE NO.: 2:25-cv-02151-JCM-EJY<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, Board of Trustees of the Employee Painters' Trust, et al. (collectively, "Plaintiffs"), and Defendants, Pro Installations, Inc. d/b/a ProSpectra Contract Flooring, et al. (collectively, "Defendants"), by and through their respective counsel, that this Case should be stayed pending completion of an payroll compliance audit currently being performed by the Plaintiffs' auditor and to allow for settlement negotiations. This Stipulation and order to Stay Proceedings (Third Request) (this "Stipulation") is submitted and based upon the following:

**A. BACKGROUND**

1. Plaintiffs filed their original Complaint on October 31, 2025 [ECF. No. 1].

2. Defendant Steven Charles Landreth was served with the Summons (ECF No. 4) and Complaint (ECF No. 1) on November 9, 2025, making his response to Plaintiffs' Complaint due on December 1, 2025. *See* ECF No. 6. Defendants Pro Installations, Inc.,

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

Diverzify+ LLC, Diverzify Pro, LLC, and Berkely Insurance Company were served on November 10, 2025, making their responses due on December 1, 2025. *See* ECF Nos. 7-10, respectively. Defendant Shaw Industries Group, Inc. was served on November 14, 2025, making its response due on December 5, 2025. *See* ECF No. 5. Defendant Matthew Aboumrad was served on November 25, 2025, making his response due on December 16, 2025. *See* ECF No. 11. Counsel for Defendant Andrew George Klevorn accepted service of process on his behalf on December 5, 2025, making his response due on December 26, 2025. *See* ECF No. 12.

3. On December 5, 2025, the Plaintiffs and Defendants (collectively, the "Parties") filed a Stipulation to Extend the Deadline for Defendants to Respond to Plaintiffs' Complaint (First Request) to January 2, 2025 ("First Stipulation"). *See* ECF No. 13.

4. The Court granted the First Stipulation on December 8, 2025, setting the deadline for all Defendants to respond to Plaintiffs' Complaint for January 2, 2026. *See* ECF No. 16.

5. On December 31, 2025, the Parties filed a Stipulation to Extend the Deadline for Defendants to Respond to Plaintiffs' Complaint (Second Request) to February 2, 2026 ("Second Stipulation"). *See* ECF No. 17.

6. The Court granted the Second Stipulation on January 6, 2026, setting the deadline for all Defendants to respond to Plaintiffs' Complaint for February 2, 2026. *See* ECF No. 18.

7. On February 2, 2026, the Parties filed a Stipulation to Extend the Deadline for Defendants to Respond to Plaintiffs' Complaint (Third Request) to February 16, 2026 ("Third Stipulation"). *See* ECF No. 19.

8. The Court granted the Third Stipulation on February 3, 2026, setting the deadline for all Defendants to respond to Plaintiffs' Complaint for February 16, 2026. *See* ECF No. 20.

9. Defendants filed their Answer to Complaint on February 17, 2026. *See* ECF No. 21.

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

10. The Parties participated in a FRCP 26(f) Conference on March 6, 2026, and filed a Proposed Joint Discovery Plan and Scheduling Order on March 9, 2026. *See* ECF No. 24.

11. The Court entered the Scheduling Order on March 10, 2026. *See* ECF No. 25.

12. On June 17, 2026, the Parties filed a Stipulation to Stay Proceedings (First Request) pending completion of a payroll compliance audit (ECF No. 26).

13. On June 22, 2026, the Court entered an Order granting the Stipulation to Stay Proceedings (First Request) (ECF No. 27).

14. On September 14, 2026, the Parties filed a Stipulation to Stay Proceedings (Second Request) pending completion of a payroll compliance audit (ECF No. 28).

15. On September 14, 2026, the Court entered an Order granting the Stipulation to Stay Proceedings (Second Request) (ECF No. 29).

**B. STATUS**

16. The Parties have exchanged Initial Disclosure Statements and Defendants have produced documents for the Plaintiffs' auditor to perform a payroll compliance audit. Plaintiffs' auditor required more time to review the documents and perform the audit than was originally estimated. On August 19, 2026, the auditor issued a preliminary Schedule of Differences ("SOD"), which was provided to the Defendants for their review. Plaintiffs' auditor and representatives of the Defendants met on September 10, 2026, to discuss the SOD. The Defendants requested additional information regarding the SOD, which the auditor provided. The Defendants required additional time in which to review and respond to the SOD. Based on further discussions between counsel for the Parties and the Auditor regarding the SOD, the Auditor is in the final stages of preparing audit schedules. The Parties would like additional time to allow (i) the Auditor to complete the audit schedules; (ii) the Parties to review the audit schedules and determine whether additional discovery is required; and/or (iii) the Parties to discuss resolution of their claims and defenses.

17. The Parties anticipate that they will need approximately 60 additional days in

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

which to complete these processes.

18. Accordingly, the Parties have agreed to extend the remaining discovery dates by 60 days.

**C. STAY OF PROCEEDINGS**

19. This Stipulation is the third request to stay the case pending completion of the audit.

20. The Parties believe these circumstances constitute good cause supporting an extension. *See* Fed. R. Civ. P. 6(b).

21. This Stipulation is made in good faith and not for the purpose of delay.

22. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

23. A stay of these proceedings will not prejudice any party and is not sought for any improper purpose; rather, this Stipulation is sought for the purposes of judicial economy and to promote settlement.

24. The Parties agree that all case deadlines shall be stayed for an additional 60 days.

/ / /

/ / /

/ / /

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

25. No later than **January 12, 2027,** the Parties will meet and confer and file a Joint Status Report to update the Court on the status of the audit and how the Parties intend the case to proceed.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: */s/ Kevin B. Archibald*
Kevin B. Archibald, Esq. (Bar # 13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Email: kba@cjmlv.com
*Counsel for Plaintiff Board of Trustees of the Employee Painters' Trust, et al.*

DATED this 13th day of November, 2026.

**JACKSON LEWIS P.C.**

By: */s/ Deverie J. Christensen*
Deverie J. Christensen, Esq. (Bar # 6596)
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Email: deverie.christensen@jacksonlewis.com

Phillip C. Thompson, Esq. (Bar # 12114)
7101 College Blvd, Ste 1200
Overland Park, KS 66210
Email: Phillip.Thompson@jacksonlewis.com

Tel: (702) 921-2460

*Counsel for Defendants Pro Installations, Inc.*

DATED this 13th day of November, 2026.

**IT IS SO ORDERED:**

[signature]
UNITED STATES DISTRICT JUDGE

DATED: November 16, 2026